UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANTHONY NEAL | CIVIL ACTION NO. 18-1380 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| OLD REPUBLIC INSURANCE CO., ET AL. | MAG. JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation [Doc. No. 51] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff's Second Amended Complaint is filed in this matter.

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand [Doc. No. 39] is GRANTED, and this matter is REMANDED to the Fifth Judicial District Court, Richland Parish, State of Louisiana.

MONROE, LOUISIANA, this 9th day of March, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE